**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **SERGIO PARRA-MARTINEZ,** ) | |
| ) | |
| Petitioner, ) | Case No. EDCV 08-0390 GAF (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| **JOSEPH NORWOOD,** ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed.  The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: September 3, 2008

_____
Gary A. Feess
United States District Judge